IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00169-MR

| | |
|---|---|
| JARREL LEE JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE OF SOUTH CAROLINA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on correspondence received by Petitioner Jarrel Lee Johnson, which this Court construes as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. [Doc. 1]. The Petitioner states that he has been incarcerated at the Marlboro County Detention Center in Bennettsville, South Carolina for the past two years and seeks to exercise his right to petition for a writ of habeas corpus. [Id.]. The Petitioner claims that he was arrested on false allegations for an incident occurring in Bennettsville, South Carolina and that his convictions were obtained in violation of the law. [Id.].

State prisoner habeas corpus petitions may be brought either in the federal judicial district in which the state court of the conviction is located or in the district of confinement. See 28 U.S.C. § 2241(d). Petitioner's place

of conviction and place of confinement are both located in South Carolina. As such, in accordance with 28 U.S.C. § 2241(d), the Court shall transfer this action to the United States District Court for the District of South Carolina.

This Court has not conducted an initial review of the petition and makes no observation as to its merits or timeliness.

**IT IS, THEREFORE, ORDERED that:**

1. This action is transferred to the United States District Court for the District of South Carolina

2. The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: September 1, 2022

Martin Reidinger
Chief United States District Judge